# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JOSHUA C. EVANS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STIHL INCORPORATED,<br><br>　　　　　Defendants. | 2:15-cv-02329-JAD-VCF<br>**ORDER** |

Before the court is the parties' proposed Joint Discovery Plan and Scheduling Order (#14).

IT IS HEREBY ORDERED that a hearing on the parties' proposed Joint Discovery Plan and Scheduling Order (#14) is scheduled for 2:00 p.m., February 4, 2016, in courtroom 3D.

DATED this 25th day of January, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE