# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JOSHUA C. EVANS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>STIHL INCORPORATED,<br><br>　　　　　　Defendant. | 2:15-cv-02329-JAD-VCF<br><br>**ORDER** |

The court held a discovery hearing on February 4, 2016 and heard representations from the parties. Accordingly,

IT IS ORDERED that the following discovery deadlines apply:

A.　　Discovery Cut-Off Date:

Discovery must be completed on or before **October 3, 2016**.

B.　　Amended Pleadings and Adding Parties:

Motions to amend or add parties must be filed and served on or before **July 5, 2016**.

C.　　Disclosure of Experts:

Plaintiff's expert disclosures must be made on or before **July 5, 2016**. Defendant's expert disclosures must be made on or before **August 5, 2016**. Plaintiff's Rebuttal expert disclosures must be made on or before **September 6, 2016**.

D.　　Interim Status Report:

The interim status report must be filed by the parties on or before **August 3, 2016**.

E.　　Dispositive Motions:

Dispositive motions must be filed and served on or before **November 2, 2016**.

F.　　Joint Pre-Trial Order:

The Joint Pre-trial Order must be filed on **December 2, 2016**.  In the event dispositive motions are filed, the date for filing the Joint Pre-trial Order will be suspended until 30 days after the decision on the dispositive motions or further order of the Court.

DATED this 4th day of February, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE