Jay J. Schuttert
Nevada Bar No. 8656
Morgan T. Petrelli
Nevada Bar No. 13221
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: jschuttert@swlaw.com
Email: mpetrelli@swlaw.com

Justin D. Howard (*pro hac vice*)
McGuireWoods LLP
434 Fayetteville Street, Suite 2600
Raleigh, NC 27601
Telephone: (919) 755-6600
Facsimile:  (919) 755-6699
Email: jhoward@mcguirewoods.com

Attorneys for Defendant
STIHL Incorporated

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSHUA C. EVANS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>STIHL INCORPORATED, a Delaware corporation; DOES 1 through 25; ROE CORPORATIONS 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-02329-JAD-VCF<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT ESI PROTOCOL AND STIPULATED PROTECTIVE ORDER** |

Pursuant to this Court's January 23, 2016 Minutes [Dkt. No. 23], Defendant STIHL Incorporated, by and through its attorneys of record, Snell & Wilmer L.L.P., and Plaintiff Joshua C. Evans ("Plaintiff"), by and through his attorneys of record, hereby file this joint motion for a 14 day extension of the February 25, 2016 deadline to file an Electronically Stored Information (ESI) protocol and stipulated protective order relating to certain confidential materials that the parties anticipate will be produced in this case. The parties submit this joint motion based on the following:

The parties are working to develop and file an ESI protocol and stipulated protective order. On February 18, 2016, Plaintiff's counsel sent counsel for STIHL Incorporated an initial draft of the ESI protocol. Because of the detailed procedures involved in the ESI protocol, STIHL Incorporated needs additional time to review Plaintiff's initial draft and provide its suggested revisions. STIHL Incorporated is also presently drafting the stipulated protective order relating to certain confidential materials that the parties anticipate will be produced in this case for Plaintiff's counsel's review and comment. Accordingly, STIHL Incorporated anticipates that the parties will need an extension of the February 25, 2016 deadline to negotiate and finalize the terms of the stipulated protective order.

In light of the foregoing, STIHL Incorporated requested, and Plaintiff's counsel agreed to, a 14 day extension of the February 25, 2016 deadline to file an Electronically Stored Information (ESI) protocol and stipulated protective order. Therefore, the parties respectfully request an additional 14 days, up to and including March 10, 2016, to time to finalize and file an ESI protocol and stipulated protective order.

DATED this __23rd__ day of February, 2016.

| | |
|---|---|
| SNELL & WILMER L.L.P. | Law Office of April N. Bonifatto |
| By: /s/ Morgan T. Petrelli<br>Jay J. Schuttert<br>Nevada Bar No. 8656<br>Morgan T. Petrelli<br>Nevada Bar No. 13221<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169<br><br>Justin D. Howard (*pro hac vice*)<br>McGuireWoods LLP<br>434 Fayetteville Street, Suite 2600<br>Raleigh, NC 27601<br><br>Attorneys for Defendant<br>STIHL Incorporated | By: /s/ April N. Bonifatto<br>April N. Bonifatto<br>Nevada Bar No. 11924<br>7251 W. Lake Mead Blvd., Suite 300<br>Las Vegas, NV 89128<br><br>Brian J. Panish, Esq. (*pro hac vice*)<br>Deborah Chang, Esq. (*pro hac vice*)<br>PANISH SHEA & BOYLE, LLP<br>11111 Santa Monica Blvd., Suite 700<br>Los Angeles, CA 90025<br><br>Attorneys for Plaintiff<br>JOSHUA C. EVANS |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 2-23-2016

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT ESI PROTOCOL AND STIPULATED PROTECTIVE ORDER** by the method indicated below:

| | | | |
|---|---|---|---|
| XXXXX | Electronic Service (CM/ECF) | _____ | Federal Express |
| _____ | U.S. Mail | _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Email Transmission | _____ | Overnight Mail |

and addressed to the following:

April N. Bonifatto, Esq.
Nevada Bar No. 11924
Law Office of April N. Bonifatto
7251 W. Lake Mead Blvd., Suite 300
Las Vegas, NV 89128
Telephone: (702) 721-7088
Facsimile: (888) 979-9253
Email: april@bonifattolaw.com
Attorneys for Plaintiff

Brian J. Panish, Esq. (*pro hac vice*)
Deborah Chang, Esq. (*pro hac vice*)
PANISH SHEA & BOYLE, LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, CA 90025
Telephone: (310) 477-1700
Facsimile: (310) 477-1699
Email: panish@psblaw.com
Email: chang@psblaw.com
Attorneys for Plaintiff

DATED this   23rd   day of February, 2016.

/s/ Tonya C. Stephenson
An Employee of Snell & Wilmer L.L.P.

23563239