# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JOSHUA C. EVANS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>STIHL INCORPORATED,<br><br>　　　　　　Defendant. | 2:15-cv-02329-JAD-VCF<br><br>**ORDER** |

　　　　Before the court is Plaintiff's Motion for Leave to File First Amended Complaint (#16).  Plaintiff seeks to amend the Complaint to add Andreas Stihl AG & CO., KG as a Defendant.

　　　　Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.  Here, Defendant filed a response taking no position on whether the court should grant Plaintiff's leave to amend the complaint.  (#28).

　　　　The court has reviewed Plaintiff's proposed First Amend Complaint and finds that Plaintiff has given sufficient reason to grant the instant motion and Defendant Stihl would not be prejudiced.

　　　　Accordingly, and with good cause appearing,

　　　　IT IS HEREBY ORDERED that is Plaintiff's Motion for Leave to File First Amended Complaint (#16) is GRANTED.  Plaintiff must file the First Amended Complaint on or before March 11, 2016.

　　　　DATED this 4th day of March, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE