Jay J. Schuttert
Nevada Bar No. 8656
Morgan T. Petrelli
Nevada Bar No. 13221
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jschuttert@swlaw.com
Email: mpetrelli@swlaw.com

Justin D. Howard (*pro hac vice*)
McGuireWoods LLP
434 Fayetteville Street, Suite 2600
Raleigh, NC 27601
Telephone: (919) 755-6600
Facsimile: (919) 755-6699
Email: jhoward@mcguirewoods.com

Attorneys for Defendant
STIHL Incorporated

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA C. EVANS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>STIHL INCORPORATED, a Delaware corporation; DOES 1 through 25; ROE CORPORATIONS 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-02329-JAD-VCF<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT ESI PROTOCOL (SECOND REQUEST)** |

Pursuant to this Court's Order Granting Defendant's Motion to Extend Time to Submit ESI Protocol [Dkt. No. 32], Defendant STIHL Incorporated, by and through its attorneys of record, Snell & Wilmer L.L.P., and Plaintiff Joshua C. Evans ("Plaintiff"), by and through his attorneys of record, hereby file this joint motion for a 4 day extension of the March 10, 2016 deadline to file an Electronically Stored Information (ESI) protocol. The parties submit this joint motion based on the following:

/ / /

The parties are presently working diligently to develop and file an ESI protocol. On February 18, 2016, Plaintiff's counsel sent counsel for STIHL Incorporated an initial draft of the ESI protocol. Because of the detailed procedures involved in the ESI protocol, STIHL Incorporated needed additional time to review Plaintiff's initial draft and provide its suggested revisions. On March 7, 2016, STIHL Incorporated's counsel sent Plaintiff's counsel a draft of STIHL Incorporated's ESI protocol for their consideration, proposing that Plaintiff adopt STIHL Incorporated's proposed ESI protocol in lieu of Plaintiff's proposed ESI protocol. On the evening of March 9, 2016, Plaintiff's counsel sent STIHL Incorporated's counsel Plaintiff's requested revisions to STIHL Incorporated's proposed ESI protocol. STIHL Incorporated is currently drafting a counterproposal for Plaintiff's consideration in hopes of resolving the parties' disagreements as to the ESI Protocol without this Court's assistance.  In addition, Plaintiff is currently drafting what Plaintiff believes will be a "middle ground" regarding the areas of disagreement in STIHL Incorporated's proposed ESI.  To this end, the parties are in the process of scheduling a meet and confer telephone call for March 11, 2016, to hopefully resolve any remaining disagreements with respect to an ESI protocol.  In light of the foregoing, STIHL Incorporated requested, and Plaintiff agreed to, a short, 4 day extension of the March 10, 2016 deadline to file an ESI protocol. Therefore, the parties respectfully request an additional 4 days, up to and including March 14, 2016, to finalize and file an ESI protocol.

DATED this __10th__ day of March, 2016.

| SNELL & WILMER L.L.P. | Law Office of April N. Bonifatto |
|---|---|
| By: /s/ Morgan T. Petrelli<br>Jay J. Schuttert, NV Bar No. 8656<br>Morgan T. Petrelli, NV Bar No. 13221<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169<br><br>Justin D. Howard (*pro hac vice*)<br>McGuireWoods LLP<br>434 Fayetteville Street, Suite 2600<br>Raleigh, NC 27601<br><br>Attorneys for Defendant<br>STIHL Incorporated | By: /s/ April N. Bonifatto<br>April N. Bonifatto, NV Bar No. 11924<br>7251 W. Lake Mead Blvd., Suite 300<br>Las Vegas, NV 89128<br><br>Brian J. Panish, Esq. (*pro hac vice*)<br>Deborah Chang, Esq. (*pro hac vice*)<br>Austin G. Ward, Esq. (*pro hac vice*)<br>PANISH SHEA & BOYLE, LLP<br>11111 Santa Monica Blvd., Suite 700<br>Los Angeles, CA 90025<br><br>Attorneys for Plaintiff<br>JOSHUA C. EVANS |

Case 2:15-cv-02329-JAD-VCF   Document 38   Filed 03/10/16   Page 3 of 3

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT ESI PROTOCOL (SECOND REQUEST)** by the method indicated below:

| | | | |
|---|---|---|---|
| XXXXX | Electronic Service (CM/ECF) | _____ | Federal Express |
| _____ | U.S. Mail | _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Email Transmission | _____ | Overnight Mail |

and addressed to the following:

April N. Bonifatto, Esq.
Nevada Bar No. 11924
Law Office of April N. Bonifatto
7251 W. Lake Mead Blvd., Suite 300
Las Vegas, NV 89128
Telephone: (702) 721-7088
Facsimile: (888) 979-9253
Email: april@bonifattolaw.com
Attorneys for Plaintiff

Brian J. Panish, Esq. (*pro hac vice*)
Deborah Chang, Esq. (*pro hac vice*)
Austin G. Ward, Esq. (*pro hac vice*)
PANISH SHEA & BOYLE, LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, CA 90025
Telephone: (310) 477-1700
Facsimile: (310) 477-1699
Email: panish@psblaw.com
Email: chang@psblaw.com
Email: ward@psblaw.com
Attorneys for Plaintiff

DATED this __10th__ day of March, 2016.

/s/ Tonya C. Stephenson
An Employee of Snell & Wilmer L.L.P.

23663484.2

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 3-10-2016

- 3 -