# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

**\*\*\***

JOSHUA C. EVANS,

          Plaintiff,

vs.

STIHL INCORPORATED; *et.al.*,

          Defendants.

Case No. 2:15–cv–2329–JAD–VCF

**<u>ORDER</u>**

MOTION REQUESTING SPECIAL PROCESS SERVICE (DOC. #44)

    This matter involves Plaintiff Joshua C. Evans' civil action against Defendant STIHL Incorporated and other Defendants.  Before the court are Evans' motion requesting special process service (Doc. #44) and STIHL's response (Doc. #49).  For the reasons stated below, Evans' motion is granted.

## I. Discussion

    "Unless federal law provides otherwise or the defendant's waiver has been filed, a domestic or foreign corporation … must be served in a judicial district of the United States … or at a place not within any judicial district of the United States, in any matter prescribed by Rule 4(f) for serving an individual, except personal delivery under (f)(2)(C)(i)."  Fed. R. Civ. P. 4(h).

    "[A]n individual … may be served at a place not within any judicial district of the United States by any internationally agreed means of service that is reasonably calculated to give notice, such as those authorized by the Hague Convention on the Service of Judicial and Extrajudicial Documents."  Fed. R. Civ. P. 4(f).

    Evans will be permitted to serve Andreas Stihl, a German corporation, pursuant to the provisions of The Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents.  "STIHL

Incorporated takes no position on whether this Court should grant Plaintiff's Motion." (Doc. #49).  As STIHL does not oppose Evan's request for special process service, the court grants Evans' request.  *See* LR 7-2(d).  He may serve Andreas STIHL in any matter permitted by The Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents.

ACCORDINGLY, and good cause shown,

IT IS HEREBY ORDERED that Evan's motion requesting special process service (Doc. #44) is GRANTED.

IT IS SO ORDERED.

DATED this 20th day of April, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

2