Jay J. Schuttert, Nevada Bar No. 8656
Morgan T. Petrelli, Nevada Bar No. 13221
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: jschuttert@swlaw.com
Email: mpetrelli@swlaw.com

Justin D. Howard (*pro hac vice*)
McGuireWoods LLP
434 Fayetteville Street, Suite 2600
Raleigh, NC 27601
Telephone: (919) 755-6600
Facsimile:  (919) 755-6699
Email: jhoward@mcguirewoods.com

James H. Walsh (*pro hac vice*)
Martha S. Stwodah (*pro hac vice*)
McGuireWoods LLP
Gateway Plaza, 800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-1000
Facsimile:  (804) 775-1061
Email: jwalsh@mcguirewoods.com
Email: mstwodah@mcguirewoods.com

Attorneys for Defendant
STIHL Incorporated

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA C. EVANS, individually, | Case No.: 2:15-cv-02329-JAD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| STIHL INCORPORATED, a Delaware corporation; ANDREAS STIHL AG & CO., KG; STIHL INCORPORATED, a German corporation; DOES 1 through 25; ROE CORPORATIONS 1 through 25, inclusive, | ECF No.53 |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff JOSHUA C. EVANS, individually, and Defendant STIHL INCORPORATED, a Delaware corporation, by and

through their respective counsel of record, that the above matter be dismissed in its entirety as to all defendants, both served and unserved, with prejudice, each party to bear their own costs and attorneys' fees. The matter was resolved to the mutual satisfaction of the parties.

DATED this 4 day of November, 2016.    DATED this 4th day of November, 2016.

SNELL & WILMER L.L.P.                    Law Office of April N. Bonifatto

By: _____                By: /s/ April N. Bonifatto
Jay J. Schuttert, NV Bar No. 8656            April N. Bonifatto, NV Bar No. 11924
Morgan T. Petrelli, NV Bar No. 13221         7251 W. Lake Mead Blvd., Suite 300
3883 Howard Hughes Pkwy., Ste. 1100          Las Vegas, NV 89128
Las Vegas, NV 89169

                                         Brian J. Panish (*pro hac vice*)
Justin D. Howard (*pro hac vice*)        Deborah Chang (*pro hac vice*)
McGuireWoods LLP                         Austin G. Ward (*pro hac vice*)
434 Fayetteville Street, Suite 2600      PANISH SHEA & BOYLE, LLP
Raleigh, NC 27601                        11111 Santa Monica Blvd., Suite 700
                                         Los Angeles, CA 90025
James H. Walsh (*pro hac vice*)
Martha S. Stwodah (*pro hac vice*)       Attorneys for Plaintiff
McGuireWoods LLP                         JOSHUA C. EVANS
Gateway Plaza, 800 East Canal Street
Richmond, VA 23219

Attorneys for Defendant
STIHL Incorporated

## ORDER

Based on the parties' stipulation [ECF No. 53] and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
Jennifer Dorsey, U.S. District Judge
11/4/16

Prepared and Submitted by:
SNELL & WILMER L.L.P.

_____
Jay J. Schuttert, Nevada Bar No. 8656
Morgan T. Petrelli, Nevada Bar No. 13221
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Justin D. Howard (*pro hac vice*)
McGuireWoods LLP
434 Fayetteville Street, Suite 2600
Raleigh, NC 27601